AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

BRIAN EDWARD WADE,

    Petitioner,

V.

RENEE BAKER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:12-CV-00103-ECR-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the federal petition for a writ of habeas corpus (#2) is **DISMISSED with prejudice** as untimely.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  June 1, 2012                           **LANCE S. WILSON**
                                                                        Clerk

                                                                    /s/ D. R. Morgan
                                                                       Deputy Clerk