AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRIAN EDWARD WADE,

      Petitioner,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   **3:12-CV-00103-ECR-WGC**

RENEE BAKER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the federal petition for a writ of habeas corpus (#2) is **DISMISSED with prejudice** as untimely.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  June 1, 2012   **LANCE S. WILSON**
                                                   Clerk

                                               /s/ D. R. Morgan
                                                 Deputy Clerk